UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HOMER ROBERT CLAY,

        Petitioner,	Case No. 1:21-cv-163

v.	Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

**JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.

Dated:  April 21, 2021	/s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                   United States District Judge